**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

URSULA GRIMSLEY,

    Plaintiff,

v.                                           Case No: 5:23-cv-462-JSM-PRL

DOLLAR TREE STORES, INC. and
FAMILY DOLLAR STORES OF
FLORIDA, LLC,

    Defendants.
_____

ORDER

The Court has been advised via a Mediation Report (Dkt. 22) that the above-styled action has been settled.   Accordingly, pursuant to Local Rule 3.09(b), it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.   After that 60-day period, however, dismissal shall be with prejudice.   All pending motions, if any, are **DENIED** as moot.   The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of November, 2023.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record